UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH SCOTT GRAY,

       Petitioner,                            Case No. 1:12-cv-1236

v.                                                HON. JANET T. NEFF

FEDERAL BUREAU OF PRISONS,

       Respondent.
_____/

## ORDER

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the petition for habeas corpus relief (Dkt 1) is DISMISSED as moot.

**IT IS FURTHER ORDERED** that Petitioner's motion for clarification of full credits earned (Dkt 27) is DENIED as moot.

**IT IS FURTHER ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 94) is moot.


Dated: September 19, 2013                /s/ Janet T. Neff
                                               JANET T. NEFF
                                               United States District Judge